Jason Crews
1515 N Gilbert Rd Suite 107-204
Gilbert, AZ 85233
Telephone: (602) 295-1875
e-Mail: jason.crews@gmail.com

*pro se*

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Jason Crews, | Case No. CV-23-02269-PHX-GMS |
| Plaintiff, | |
| v. | **PLAINTIFF'S NOTICE OF SERVICE OF PLAINTIFF'S RULE 26 INITIAL DISCLOSURES TO DEFENDANT** |
| Air Conditioning By Jay, LLC, | |
| Defendant. | |
| | Judge: Hon. G. Murray Snow |

Pursuant this Court's Order Setting Rule 16 Case Management Conference Rules (Doc. 28), Plaintiff hereby notifies the Court that service of Plaintiff's Notice of Plaintiff's Rule 26 Initial Disclosures to Defendant has been effectuated to all Defendants via their attorney of record.

Dated this February 7, 2024.

/s/ *Jason Crews*

Jason Crews
1515 N Gilbert Rd. #107-204
Gilbert, AZ 85234
jason.crews@gmail.com
(602) 295-1875

1

**CERTIFICATE OF SERVICE**

I hereby certify that on February 7, 2024, I electronically filed the attached document using the CM/ECF for filing and transmitted the document through CM/ECF to all other parties.

/s/*Jason Crews*

Jason Crews